

# THE THIRTEENTH COURT OF APPEALS

## 13-19-00486-CV

### MSW CORPUS CHRISTI LANDFILL, LTD.
v.
### GULLEY-HURST L.L.C.

On Appeal from the
117th District Court of Nueces County, Texas
Trial Court Cause No. 2016DCV-6158-B

### JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed. The Court orders the judgment of the trial court AFFIRMED. Costs of the appeal are adjudged against appellant. Gulley-Hurst L.L.C. is hereby released from the requirements of a supersedeas bond and the deposit made with the Nueces County Clerk shall be withdrawn. The Nueces County clerk shall issue payment accordingly, instanter.

We further order this decision certified below for observance.

October 21, 2021